

ORIGINAL

FILED

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0611

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0611

TERRY WALLACE,

     Plaintiff and Appellant,

v.

LAW OFFICE OF BRUCE SPENCER, PLLC,
LPH, INC, a Montana Corporation, GEISZLER
STEELE, PC, and John Does 1-5,

     Defendants and Appellees.

FILED

JUN 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

     Upon consideration of Appellant's motion for an extension of time to file the reply brief, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 8, 2021, within which to file the reply brief.

     No further extensions will be granted.

     DATED this 1st day of June, 2021.

                            For the Court,

                            By _____
                                      Chief Justice